UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 15-61607-CIV-GAYLES/WHITE

**ADAM CARRASCO**,

    Petitioner,

vs.

**JULIE L. JONES,** *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS MATTER** came before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 4] entered on August 7, 2015. Petitioner Adam Carrasco filed a Petition for Writ of Habeas Corpus with the Court on August 5, 2015. [ECF No. 1]. The matter was referred to the Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends (1) that the Court deny Petitioner's Writ of Habeas Corpus, (2) that a certificate of appealability be denied, and (3) that the case be closed. Petitioner has filed objections to the Report. [ECF No. 4].[1]

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). The Court has made a *de novo* review of the record, including the Report, Petitioner's Objections, and the relevant legal authority, and hereby overrules Petitioner's objections.

Petitioner was convicted of attempted first degree murder and possession of a firearm during the commission of a felony following a jury trial, for which he was sentenced to a total of forty

---

[1] Petitioner filed his objections on August 25, 2015. While the objections were filed one day past the due, the Court will nevertheless consider the merits of the objections raised by Petitioner.

years of imprisonment.[2] His judgment of conviction was affirmed on direct appeal by Florida's Fourth District Court of Appeal on March 2, 2005, and rehearing was denied on May 18, 2005. The Florida Supreme Court dismissed Petitioner's request for discretionary review on June 7, 2005. Petitioner filed his first Rule 3.850 motion for post-conviction relief on December 9, 2005, which was denied by the trial court. That denial was affirmed on appeal on April 28, 2010. The Florida Supreme Court dismissed Petitioner's second request for discretionary review on July 13, 2010. While the above-described post-conviction proceeding was pending, Petitioner filed a state habeas corpus petition, which was denied by the trial court. That denial was affirmed on appeal by the Fourth District Court of Appeal on June 11, 2014. Rehearing and rehearing *en banc* were denied on August 15, 2014. The Florida Supreme Court dismissed Petitioner's third request for discretionary review on May 27, 2015. While the habeas petition was pending, Petitioner filed a motion to vacate his sentence on February 23, 2015, with the trial court. During the pendency of that motion, Petitioner filed the instant federal habeas petition with this Court on July 31, 2015. The Court deems the petition timely filed.[3]

In the instant case, Petitioner asserts violations of his due process rights because (1) the lack of positive fingerprint evidence at trial demonstrates that he is "factually and actually innocent" [ECF No. 5 at 2] and (2) there was insufficient evidence to support the admission of his confession at trial. [*Id.* at 3]. Both of these arguments were presented by Petitioner in his initial Petition. [ECF No. 1 at 5–6]. Petitioner has offered no new evidence not previously considered by the courts in his multiple attacks on his convictions. Judge White's Report, therefore, sufficiently addresses the merits of these claims and properly concludes that Petitioner's arguments fail. [ECF No. 4 at 7–10]. The Court agrees with and adopts the analysis and recommendations made by Judge White in his

---

[2] The complete procedural history of Petitioner's case is outlined in detail in Judge White's Report. [ECF No. 4 at 2–6].
[3] As Judge White indicates in his Report, the Court has been generous in calculating the timeliness of the filing of this Petition. [ECF No. 4 at 6].

Report.  Accordingly, it is

**ORDERED and ADJUDGED** that Petitioner's Objections [ECF No. 5] are **OVERRULED** and that Judge White's Report and Recommendation [ECF No. 4] is **AFFIRMED and ADOPTED** as follows:

1. Petitioner Adam Carrasco's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED.**

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to **CLOSE** this case, and all pending motions, if any, are **DENIED as moot**.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 31st day of August, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
       Counsel of Record